FILED — ENTERED
RECEIVED

JUN 27 2001

BALTIMORE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND    DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

WANDA FAY HARP                    :

    v.                    :        **CIVIL ACTION NO. WMN-00-3167**

UNITED STATES OF AMERICA        :

***********

## AMENDED SCHEDULING ORDER

1.  A pretrial conference is scheduled for <u>March 7,  2002</u> at 9:15 a.m.  The pretrial order is due in chambers five days prior to the pretrial conference.

2.  Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by <u>March 7,  2002</u>.  Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions.  Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

3.  The<u> 3 day</u>  jury trial in this matter shall commence on <u>March 18, 2002</u>, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

4.  Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. [Please contact my courtroom deputy, Mary J o Lauman (410)962-2600 prior to the submission of the exhibit list to insure an accurate format.]  Counsel for the plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy

on defendant's counsel not later than <u>February 28, 2002</u>.  Counsel for the defendant

shall file said list with the Court and shall serve a copy on plaintiff's counsel, not later

than <u>March 7, 2002</u>.

     5.  The Clerk of Court shall mail copies of this Scheduling Order to counsel in this

case.

William M. Nickerson
United States District Judge

Dated: _____6/27/01_____