IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WANDA FAY HARP                          :

    Plaintiff,                         :

v.                                      :        CIVIL NO. WMN-00-3167

UNITED STATES OF AMERICA,               :

    Defendant.                         :

...oOo...

### STIPULATION OF DISMISSAL

The parties to the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the voluntarily dismissal of the complaint filed by Plaintiff Wanda Fay Harp, without prejudice.

Respectfully submitted,

_____
Bradley J. Reed, Esquire
Britt-Getty Law Offices
1936 Dual Highway
Hagerstown, Maryland
301-791-6000

Attorneys for Plaintiff Wanda F. Harp


Stephen M. Schenning
United States Attorney

By: _____
Michael A. DiPietro
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
(410) 209-4816

Attorneys for Defendant United States

APPROVED
July 01